■ In the Matter of the Claim of RICHARD A. McMASTER, Respondent, v. JAMESTOWN VENEER & PLYWOOD CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to accept late filing of respondent Workmen's Compensation Board's brief denied, without costs.

■ (A) In the Matter of JOHN CANTWELL, Petitioner, v. MYLES J. LANE et al., Respondents. (B) In the Matter of WILLIAM F. RICE, JR., Petitioner, v. MYLES J. LANE et al., Respondents.— [In each action] Motion to resettle order dated May 24, 1962 determined as follows: the resettled order shall provide for striking the second and third decretal paragraphs of the original order, the latter now of impractical consequence, the insertion of an appropriate provision denying the commission's motion in respect to petitioner Rice, without costs, and to provide, further, that if the motions have not been rendered academic by a decision of Special Term prior to July 9, 1962, they may be renewed by respondents, if so advised, on that date without oral argument on the papers now before us; but with the further proviso that respondents proceed with due diligence to bring on for determination the pending proceedings before Special Term presently in adjournment at their instance.

■ In the Matter of REGINALD LUSH, Appellant, v. JAMES E. ALLEN, JR., as Commissioner of Education, Respondent, and CENTRAL SCHOOL DISTRICT NO. 1, OF THE TOWNS OF MANCHESTER AND OTHERS, Intervenor-Respondent.— Motion for permission to reargue or in the alternative to appeal to the Court of Appeals denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNA-MAKER, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill State Prison, Respondent.— Motion for leave to appeal to the Court of Appeals dismissed.

■ (A) In the Matter of the Claim of EVELYN I. RAPP, Respondent, v. FURNITURE EXPRESS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of BERTHA M. BILLERA, Appellant, v. SOLOMON E. SENIOR, as Chairman of the State of New York Workmen's Compensation Board, et al., Respondents.— [In each action] Motions for permission to appeal to the Court of Appeals denied, without costs.

■ In the Matter of the Claim of FRANCIS CORNWALL, Respondent. DAUERN-HEIM, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion granted, fee fixed at $150 and disbursements allowed in the sum of $25.67.

■ WALTER SZEWCZUK, Appellant, v. BETHLEHEM STEEL Co., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for an order directing Workmen's Compensation Board's folder to be produced for an appeal denied.